**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Marcus Evans, Appellant.

Appellate Case No. 2010-178426

---

Appeal From Lee County
Howard P. King, Circuit Court Judge

---

Memorandum Opinion No. 2013-MO-005
Submitted February 5, 2013 – Filed February 13, 2013

---

**AFFIRMED**

---

Appellate Defender LaNelle Cantey DuRant, of South Carolina Commission on Indigent Defense, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott and Assistant Attorney General Megan E. Harrigan, all of Columbia; and Solicitor Ernest Adolphus Finney, III, of Sumter for Respondent.

---

**PER CURIAM:**  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:    *State v. Mercer*, 381 S.C. 149, 672 S.E.2d 556 (2009); *Johnson v. Catoe*, 345 S.C. 389, 548 S.E.2d 587 (2001); *State v. Spann*, 334 S.C. 618, 513 S.E.2d 98 (1999); *State v. Charping*, 333 S.C. 124, 508 S.E.2d 851, *cert. denied*, 527 U.S. 1007 (1999); *State v. Plath*, 281 S.C. 1, 313 S.E.2d 619, *cert. denied*, 467 U.S. 1265 (1984).

**AFFIRMED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**